UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mindy L. Chapman, | File No. 25-cv-3358 (ECT/DLM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| United States Federal Bureau of Prisons, | |
| Respondent. | |

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on September 26, 2025. ECF No. 5. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. Petitioner Mindy L. Chapman's petition for a writ of habeas corpus [ECF No. 1] is **DENIED**; and

3. The action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 24, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court